IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ROGER FARLEY, et al. )
)
v. ) NO. 1-10-0096
) JUDGE CAMPBELL
STATE FARM FIRE & CASUALTY CO. )
and JOSEPH ROOKER )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 10), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Rooker's Motion to Dismiss and for Payment of Fees (Docket No. 3) is GRANTED, and Plaintiffs' claims against Defendant Rooker are DISMISSED. In accordance with the Report and Recommendation, Defendant Rooker's counsel has submitted an Affidavit in Support of Attorneys' Fees and Costs (Docket No. 18), to which no objections have been filed.

The Court finds the attorneys' fees and costs to be reasonable, and Defendant Rooker is awarded, from the Plaintiffs, attorneys' fees in the amount of $4,106.50 and costs in the amount of $350.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE