IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROGER FARLEY and <br> CAROLYN FARLEY | ) <br> ) <br> ) | |
| Plaintiffs | ) <br> ) | Case No. 1-10-0096 |
| V. | ) <br> ) | Judge Sharp |
| JOSEPH ROOKER and <br> STATE FARM FIRE & CASUALTY CO. | ) <br> ) <br> ) | |
| Defendants | ) | |

## MOTION TO AMEND COMPLAINT

Come now the plaintiffs, Roger and Carolyn Farley, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, by and through counsel, and respectfully move this Court for leave to file an amended complaint in the above-named matter. A copy of the proposed amended complaint is attached as Exhibit A.

This motion is filed pursuant to this Court's previously issued scheduling order and is supported by a memorandum of law.

Respectfully submitted,

/s/ Donald Capparella
Donald Capparella, BPR # 11235
Tyler Chance Yarbro, BPR # 23553
DODSON, PARKER, BEHM & CAPPARELLA, PC
1310 6th Avenue North
Nashville, TN 37208
(615) 254-2291
Attorney for Plaintiffs

/s/ R. Eddie Davidson
R. Eddie Davidson, BPR # 13762
1308 Rosa L. Parks Blvd.
Nashville, TN 37208
(615) 473-7610
*eddie@eddiedavidson.net*


*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was sent electronically via the Court's CM/ECF system to the following:

Russell E. Reviere
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147

*Attorney for Defendants*

On this the 1st day of June, 2011.

/s/ Donald Capparella
Donald Capparella