IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROGER FARLEY and<br>CAROLYN FARLEY | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 1-10-0096 |
| V. | )<br>) | Judge Sharp |
| JOSEPH ROOKER and<br>STATE FARM FIRE & CASUALTY CO. | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES now Defendants, State Farm Fire and Casualty Company and Joseph Rooker, by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and submits their Motion for Summary Judgment to the Court based upon Plaintiffs' concealment and fraud in the sworn inventory of contents post loss in violation of their homeowner's policy provisions. Defendants have filed a Statement of Undisputed Facts and Memorandum in Support contemporaneously with said Motion.

    Respectfully submitted,

    RAINEY, KIZER, REVIERE & BELL, P.L.C.

    By:   s/ Russell E. Reviere_____
           RUSSELL E. REVIERE , BPR #07166
           *Attorneys for Plaintiff State Farm Fire and*
           *Casualty Company and Joseph Rooker*
           209 E. Main Street
           P.O. Box 1147
           Jackson, TN 38302‒1147
           (731) 423-2414

49403-67248           1

Case 1:10-cv-00096   Document 59   Filed 10/10/12   Page 1 of 2 PageID #: 238

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon Pro Se Plaintiffs, Roger Farley and Carolyn Farley, 1370 Highway 100, Centerville, Tennessee 37033 via certified mail.

This the 10th day of October, 2012.

                                                    s/ Russell E. Reviere