UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ROGER FARLEY and wife,<br>CAROLYN FARLEY<br><br>v.<br><br>STATE FARM FIRE & CASUALTY CO., et al. | )<br>)<br>)<br>)  NO. 1:10cv0096<br>)  JUDGE SHARP<br>)<br>) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/3/2013.

    KEITH THROCKMORTON, CLERK
    s/Tina M. Webster, Deputy Clerk